UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONA FAIZIAN,<br><br>              Petitioner,<br><br>    v.<br><br>F. SEMAIA. et al.,<br><br>              Respondents. | Case No. 5:25-cv-02835-MEMF-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Mona Faizian ("Petitioner"), through counsel, the Answer to the Petition and supporting documents filed by Respondents (Dkt. 5, 5-1), Petitioner's Reply (Dkt. 6), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 8, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1)    the Petition (Dkt. 1) is GRANTED as set forth below;

(2)    Respondents are ORDERED to immediately release Petitioner

1        from custody subject to the conditions of her preexisting order of supervision;

(3) It is ORDERED that prior to any re-detention of Petitioner based on a revocation of her conditional parole, Petitioner is to receive notice of the reasons for such requested revocation of her conditional parole/detention and she be provided a pre-detention hearing before a neutral decisionmaker to determine whether detention is warranted; and

(4) Judgment shall be entered directing Petitioner is to be released on the original terms and conditions of her existing order of supervision and not shall not be re-detained by immigration officials without notice of the reasons for such requested re-detention and a hearing on the requested re-detention before a neutral decisionmaker.

Dated: January 8, 2026

                              MAAME EWUSI-MENSAH FRIMPONG
                              United States District Judge