UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONA FAIZIAN,<br><br>   Petitioner,<br><br>  v.<br><br>F. SEMAIA., et al.,<br><br>   Respondents. | Case No. 5:25-cv-02835-MEMF-JDE<br><br>JUDGMENT |

  IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is GRANTED as set forth in the Order Accepting Report and Recommendation of United States Magistrate Judge entered concurrently herewith; Petitioner is to be released on the original terms and conditions of her order of supervision and shall not be re-detained by immigration officials without notice of the reasons for such requested re-detention and a hearing on the requested re-detention before a neutral decisionmaker.

Dated: January 8, 2026

                  MAAME EWUSI-MENSAH FRIMPONG
                  United States District Judge